IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JESSIE D. CRAIG, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 09-CV-0674-MJR |
| ) | |
| MICHAEL J. ASTRUE, Commissioner of ) | |
| Social Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER

**REAGAN, District Judge:**

Plaintiff Jessie Craig filed a complaint in this Court on August 28, 2009 (Doc. 2), seeking review through 42 U.S.C. § 405 of a final decision by the Commissioner of Social Security. The Commissioner's decision denied her applications for social security benefits which she made in January 2005. After the parties briefed the case, Magistrate Judge Philip M. Frazier submitted a report which recommended that the decision of the Commissioner be reversed and remanded for a new decision consistent with the report. (Doc. 22.)

If a party objects to a magistrate judge's report and recommendation within 14 days of the service of the report, the Court must review de novo the objected portions of the report. 28 U.S.C.A. § 636(b)(1) (West Supp. 2010); Fed. R. Civ. P. 72(b); S.D. Ill. R. 73.1(b); *Govas v. Chalmers*, 965 F.2d 298, 301 (7th Cir. 1992). No one has filed any objection to the report, and 14 days have long since elapsed. Without timely objections, the Court only needs to conduct a review of the report for clear error. *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999) (citing *Goffman v. Gross*, 59 F.3d 668, 671 (7th Cir. 1995); *Campbell v. U.S. Dist. Court*, 501 F.2d 196, 206 (9th Cir. 1974)). The Court has reviewed the report and found it free of clear error.

Accordingly, the Court **ADOPTS** Judge Frazier's report in its entirety (Doc. 22), **REVERSES** the decision of the Commissioner of Social Security and **REMANDS** the case for further proceedings consistent with the report.

**IT IS SO ORDERED.**

**DATED October 8, 2010.**

                                             s/Michael J. Reagan
                                             **MICHAEL J. REAGAN**
                                             **United States District Judge**